FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 26 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-06-2198-FVS |
| vs. | ) Order Of Dismissal of Count 16 of the Indictment |
| ROSA M. MARTINEZ, | ) With Prejudice |
| Defendant. | ) |

Leave of Court is granted for the filing of the foregoing dismissal of Count 16 of the Indictment with prejudice. The Court makes no judgment as to merit or wisdom of this dismissal of Count 16 of the Indictment.

DATED this 26 day of November, 2007.

*Fred Van Sickle*

Fred Van Sickle
United States District Court Judge

Order Of Dismissal With Prejudice - 1
P71126DD.JHC.wpd