FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Washington

UNITED STATES OF AMERICA

V.

ROSE M. MARTINEZ

## JUDGMENT OF ACQUITTAL

CASE NUMBER: CR-06-2198-FVS

The Court having found insufficient evidence to sustain a conviction on Counts 14 and 15 of the Indictment, IT IS ORDERED that the Defendant, Rosa M. Martinez, is acquitted.

_Fred Van Sickle_
Signature of Judge

| Fred Van Sickle | U.S. District Court Judge |
|---|---|
| Name of Judge | Title of Judge |

March 27, 2008
Date